UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| VICTORIA BOUFFARD, MICHELLE SULLIVAN, HOLDEN SHERIFF, and TIARA SCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>Defendant. | CASE NO. 1:17-cv-193-TDS-JLW<br><br>**MOTION TO DISMISS THE CLAIMS OF PLAINTIFFS VICTORIA BOUFFARD AND TIARA SCOTT** |

COME NOW Plaintiffs Victoria Bouffard and Tiara Scott, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby move to dismiss their claims without prejudice. Counsel for the Defendant does not object to this motion and does not wish to be heard on this matter. The parties agree that each will bear her or its own costs.

Plaintiffs Michelle Sullivan and Holden Sheriff are continuing in their capacity as proposed class representative plaintiffs.

Dated: January 11, 2018

                                                  ELLIS & WINTERS LLP

                                                  /s/ Jonathan D. Sasser
                                                  Jonathan D. Sasser
                                                  N.C. State Bar No. 10028
                                                  Jeremy M. Falcone
                                                  N.C. State Bar No. 36182

P.O. Box 33550
Raleigh, North Carolina 27636
Telephone Number: (919) 865-7000
Facsimile Number: (919) 865-7010
jon.sasser@elliswinters.com
jeremy.falcone@elliswinters.com

Robert C. Finkel
WOLF POPPER LLP
845 Third Avenue, 12th Floor
New York, New York 10022
Telephone Number: (212) 759-4600
Facsimile Number: (212) 486-2093
rfinkel@wolfpopper.com
jruthizer@wolfpopper.com
szaroogian@wolfpopper.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I do certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing all counsel of record:

  This 11th day of January, 2018.

/s/ Jonathan D. Sasser
Jonathan D. Sasser
