IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:17-cv-193-TDS-JLW

| | |
|---|---|
| SHERYL ANDERSON, MARY CARTER, TENA DAVIDSON, ROBERT HUFFSTUTLER, RAMZI KHAZEN, CHAIM MARCUS, LILY MARTYN, JONAH MCCAY, HOLDEN SHERIFF, VICTORIA SMITH, MICHELLE SULLIVAN, SHOTELLE THOMAS, JOSEPH WATSON, and MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>     Defendant. | **NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned, Adam C. Setzer of the law firm Parker Poe Adams & Bernstein LLP, member in good standing of the North Carolina Bar and admitted to practice before this Court, does hereby enter an appearance on behalf of Laboratory Corporation of America Holdings in this action. By this Notice of Appearance, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

This the 28th day of September, 2020.

/s/ Adam C. Setzer
Adam C. Setzer (N.C. Bar No. 43194)
Charles E. Raynal IV (N.C. Bar No. 32310)
Scott E. Bayzle (N.C. Bar No. 33811)
Corri A. Hopkins (N.C. Bar No. 54856)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, NC  27601
Phone:  919-828-0564
Fax:  919-834-4564
Email: charlesraynal@parkerpoe.com
  scottbayzle@parkerpoe.com
  adamsetzer@parkerpoe.com
  corrihopkins@parkerpoe.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jonathan D. Sasser<br>ELLIS & WINTERS LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br>Email jon.sasser@elliswinters.com<br><br>Robert C. Finkel<br>Sean M. Zaroogian<br>WOLF POPPER LLP<br>845 Third Avenue, 12th Floor<br>New York, New York 10022<br>Email: rfinkel@wolfpopper.com<br>    szaroogian@wolfpopper.com<br><br>*Counsel for Plaintiffs* | Stephen G. Sozio<br>Heather M. O'Shea<br>Aaron M. Healey<br>Dustin M. Koenig<br>B. Kurt CoPper<br>JONES DAY<br>77 W Wacker Drive, Suite 3500<br>Chicago, IL 60601<br>Email: sgsozio@jonesday.com<br>    hoshea@jonesday.com<br>    ahealey@jonesday.com<br>    bkcopper@jonesday.com<br>    dkoenig@jonesday.com<br><br>*Counsel for Defendant* |

This the 28th day of September, 2020.

/s/ Adam C. Setzer
Adam C. Setzer
N.C. Bar No. 43194
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Phone: 919-828-0564
Fax: 919-834-4564
*Counsel for Defendant*