# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

| | |
|---|---|
| SHERYL ANDERSON, MARY CARTER, TENA DAVIDSON, ROBERT HUFFSTUTLER, RAMZI KHAZEN, CHAIM MARCUS, LILY MARTYN, JONAH MCCAY, HOLDEN SHERIFF, VICTORIA SMITH, MICHELLE SULLIVAN, SHONTELLE THOMAS, JOSEPH WATSON, and MICHAEL WILSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendant. | CASE NO. 1:17-CV-193-TDS-JLW <br><br> MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION AND SERVE EXPERT REPORTS |

Pursuant to Rules 6(b) and 26(f) of the Federal Rules of Civil Procedure, Plaintiffs, through counsel, move the Court to extend the time within which Plaintiffs may file their motion for class certification and serve any expert reports up to and including July 30, 2021. In support of this motion, Plaintiffs show as follows:

1. This Court entered a text Order on March 26, 2021, extending the Rule 26(f) deadlines for Plaintiffs to file their motion for class certification and serve any expert reports to June 16, 2021.

2. During the months since Plaintiffs' service of a December 18, 2020 Notice of Deposition under Rule 30(b)(6) of the Federal Rules of Civil Procedure, the parties have conducted multiple sessions of the deposition, involving the appearance of several corporate designees. The final such designee was scheduled to be deposed on May 25, 2021. An issue recently arose necessitating that the deposition be postponed until June 3.

3. Plaintiffs have since been advised that the designee has become ill, and the deposition has been rescheduled for June 10, 2021. Based on the nature of the illness, it is possible that the witness may not be able to be deposed until after the June 16, 2021 class certification briefing deadline. After the deposition is completed, Plaintiffs will need sufficient time to receive and review the transcript prior to drafting their class action papers. To avoid repetitive motions, Plaintiffs request enough time in the event that the deposition may be further postponed.

4. Counsel for Defendant consents to an extension, but only for thirty days, until July 16, 2021.

5. However, Plaintiffs anticipate that an extension to July 30, 2021 will permit adequate time to conduct the final session of the Rule 30(b)(6) deposition, for a resolution of Plaintiffs' Motion to Compel Discovery (Dkt. 74) and to complete the production of documents responsive to Plaintiffs' Second Set of Requests for the Production of Documents.

6. This motion is made in good faith and not for the purpose of delay or for any other improper purpose.

This the 4th day of June, 2021.

                                  ELLIS & WINTERS LLP

                                  /s/ Jonathan D. Sasser
Jonathan D. Sasser
N.C. State Bar No. 10028
P.O. Box 33550
Raleigh, North Carolina 27636
Telephone Number: (919) 865-7000
Facsimile Number: (919) 865-7010
jon.sasser@elliswinters.com


Robert C. Finkel
WOLF POPPER LLP
845 Third Avenue 12th Floor
New York, NY 10022
rfinkel@wolfpopper.com
*Counsel for Plaintiffs*