## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION

| | | |
|---|---|---|
| SHERYL ANDERSON, MARY CARTER, TENA DAVIDSON, ROBERT HUFFSTUTLER, RAMZI KHAZEN, CHAIM MARCUS, LILY MARTYN, JONAH MCCAY, HOLDEN SHERIFF, VICTORIA SMITH, MICHELLE SULLIVAN, SHONTELLE THOMAS, JOSEPH WATSON, and MICHAEL WILSON, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-CV-193-TDS-JLW<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION AND SERVE EXPERT REPORTS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, | ) ) ) | |
| Defendant. | ) ) ) | |

For good cause shown and pursuant to Rules 6(b) and 26(f) of the Federal Rules of Civil Procedure, Plaintiffs' motion requesting an extension of time to file their motion for class certification and to serve any expert reports is allowed. Plaintiffs are given until, through and including July 30, 2021, within which to file their motion for class certification and to serve any expert reports.

This the _____ day of June, 2021.

_____