# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# NO. 1:17-cv-193-TDS-JLW

| | |
|---|---|
| SHERYL ANDERSON, MARY CARTER, TENA DAVIDSON, ROBERT HUFFSTUTLER, RAMZI KHAZEN, CHAIM MARCUS, LILY MARTYN, JONAH MCCAY, HOLDEN SHERIFF, VICTORIA SMITH, MICHELLE SULLIVAN, SHONTELLE THOMAS, JOSEPH WATSON, and MICHAEL WILSON, individually and on behalf of a class of persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendant. | **PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD ON MOTION FOR CLASS CERTIFICATION** |

NOW COME Plaintiffs Sheryl Anderson, Mary Carter, Tena Davidson, Robert Huffstutler, Ramzi Khazen, Chaim Marcus, Lily Martyn, Jonah McCay, Holden Sheriff, Victoria Smith, Michelle Sullivan, Shontelle Thomas, Joseph Watson, and Michael Wilson ("Plaintiffs") individually and on behalf of all others similarly situated (the "Putative Class"), by and through their undersigned counsel, and move the Court to consider additional evidence that was not made available by Defendant to Plaintiffs prior to the briefing and oral argument on Plaintiffs' pending Motion for Class Certification.

A brief in support of this motion is filed herewith.

Plaintiffs' counsel have conferred with Defendant's counsel, and have been informed that Defendant objects to this motion.

WHEREFORE, Plaintiffs respectfully move the Court to review and consider (1) the Affidavit of Jeffrey Frist and (2) the Credit Card Authorization form Labcorp presented to him (both attached as Ex. 1 hereto) in ruling upon Plaintiffs' Motion for Class Certification currently under advisement.

Respectfully submitted, this the 25th day of January, 2023.

*/s/ Jonathan D. Sasser*
Jonathan D. Sasser
N.C. State Bar No. 10028
Jeremy M. Falcone
N.C. State Bar No. 36182
ELLIS & WINTERS LLP
4131 Parklake Avenue, Ste. 400
Raleigh, NC 27612
Telephone: (919) 865-7000
jon.sasser@elliswinters.com
jeremy.falcone@elliswinters.com

Robert C. Finkel
David A. Nicholas
Matthew Insley-Pruitt
Timothy D. Brennan
WOLF POPPER LLP
845 Third Avenue, 12th Floor
New York, NY 10022
rfinkel@wolfpopper.com

*Counsel for Plaintiffs*