IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHERYL ANDERSON, et al.,

    Plaintiffs,

  v.

LABORATORY CORPORATION OF
AMERICA HOLDINGS,

    Defendant.

1:17CV193

### ORDER

Before the court is Plaintiffs' Motion to Supplement the Record on Motion for Class Certification. (Doc. 218.) Defendant has filed a response, objecting to any supplementation at this date (Doc. 220), and Plaintiffs have filed a reply (Doc. 223). Having reviewed all filings,

The court will permit the supplementation of the record with the Affidavit of Jeffrey Frist and the credit card authorization form as it considers Plaintiffs' pending Motion for Class Certification.

                                              /s/   Thomas D. Schroeder
                                              United States District Judge

February 13, 2023